TIMOTHY COURCHAINE
United States Attorney
District of Arizona

ROSS ARELLANO EDWARDS
Assistant U.S. Attorney
Arizona State Bar No. 033439
40 N. Central Ave., Suite 1800
Phoenix, AZ 85003
Telephone: 602-514-7732
Email: ross.arellano.edwards@usdoj.gov
Attorneys for Plaintiff

☒ FILED    ☐ LODGED

# Apr 01 2026

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 26-05116MJ-01-PHX-DMF |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| vs. | VIO: 18 U.S.C. § 1701 (Obstruction of Mails) Count 1 |
| Tasha Hill, | |
| Defendants. | |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

## <u>COUNT 1</u>

On or about May 16, 2024, in the District of Arizona, the defendant, TASHA HILL, knowingly and willfully obstructed the passage of the mail, and any carrier and conveyance carrying the mail.

In violation of Title 8, United States Code, Section 1701.

Dated this 31st day of March, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Ross Arellano Edwards*

ROSS ARELLANO EDWARDS
Assistant U.S. Attorney